```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 09883
   TINA CORSBY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7849


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/01/2007 and was not confirmed.

     The case was dismissed without confirmation 10/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------------

DRIVE FINANCIAL SERVICES  SECURED VEHIC    6620.55           .00            512.05
DRIVE FINANCIAL SERVICES  UNSECURED        1435.56           .00              .00
ACC INTERNATIONAL         UNSECURED       NOT FILED          .00              .00
AMERICAN COLLECTION       UNSECURED       NOT FILED          .00              .00
AMERICAN COLLECTION       UNSECURED       NOT FILED          .00              .00
AR RESOURCES INC          UNSECURED       NOT FILED          .00              .00
AR RESOURCES INC          UNSECURED       NOT FILED          .00              .00
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED          .00              .00
CAPITOL MANAGEMENT SERVI  UNSECURED       NOT FILED          .00              .00
CHECK & GO                UNSECURED       NOT FILED          .00              .00
COMMONWEALTH EDISON       UNSECURED          454.64          .00              .00
CREDIT ONE BANK           UNSECURED       NOT FILED          .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED          376.78          .00              .00
DONALD S BURAK            UNSECURED       NOT FILED          .00              .00
FAST CASH ADVANCE         UNSECURED       NOT FILED          .00              .00
FIRST PREMEIR             UNSECURED       NOT FILED          .00              .00
FRIEDMAN & WEXLER         UNSECURED       NOT FILED          .00              .00
GLOBAL TELEDATA           UNSECURED       NOT FILED          .00              .00
H&F LAW                   UNSECURED       NOT FILED          .00              .00
HSBC/TAX                  UNSECURED          558.24          .00              .00
IC SYSTEMS                UNSECURED       NOT FILED          .00              .00
ILLINOIS COLLECTION SYST  UNSECURED       NOT FILED          .00              .00
ILLINOIS COLLECTION SYST  UNSECURED       NOT FILED          .00              .00
ILLINOIS COLLECTION SYST  UNSECURED       NOT FILED          .00              .00
ILLINOIS COLLECTION SYST  UNSECURED       NOT FILED          .00              .00
ILLINOIS COLLECTION SYST  UNSECURED       NOT FILED          .00              .00
ILLINOIS COLLECTION SYST  UNSECURED       NOT FILED          .00              .00
ILLINOIS COLLECTION SYST  UNSECURED       NOT FILED          .00              .00
ILLINOIS COLLECTION SYST  UNSECURED       NOT FILED          .00              .00
JUDGEMENT                 UNSECURED       NOT FILED          .00              .00
LEADING EDGE RECOVERY     UNSECURED       NOT FILED          .00              .00
LINEGARGER GOGGAN BLAIR   UNSECURED       NOT FILED          .00              .00
MIDLAND FINANCE           UNSECURED       NOT FILED          .00              .00
PALISADES COLLECTION LLC  UNSECURED       NOT FILED          .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED          131.91          .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09883 TINA CORSBY
```

```
ROCKFORD MERCANTILE AGEN  UNSECURED          972.10               .00            .00
SUPERIOR ASSET MGMT       UNSECURED      NOT FILED                .00            .00
TRANSMITTAL SYSTEMS       UNSECURED      NOT FILED                .00            .00
TRI STATE ADJUSTMENT      UNSECURED      NOT FILED                .00            .00
TSI TELEPHONE COMPANY     UNSECURED      NOT FILED                .00            .00
UNITED COLLECTIONS        UNSECURED           30.00               .00            .00
UNIVERSAL UNDERWRITERS A  UNSECURED      NOT FILED                .00            .00
CRESCENT RECOVERY LLC     UNSECURED         9255.95               .00            .00
WOLPOFF & ABRAMSON LLP    UNSECURED      NOT FILED                .00            .00
AT&T WIRELESS             UNSECURED          706.84               .00            .00
AT&T WIRELESS             UNSECURED      NOT FILED                .00            .00
CRESCENT RECOVERY LLC     UNSECURED      NOT FILED                .00            .00
LEADING EDGE RECOVERY     UNSECURED      NOT FILED                .00            .00
WESTSIDE EMERGENCY PHYS   UNSECURED      NOT FILED                .00            .00
WOLPOFF & ABRAMSON LLP    UNSECURED      NOT FILED                .00            .00
DONALD ALEXANDER BLD      NOTICE ONLY    NOT FILED                .00            .00
DRIVE FINANCIAL SERVICES  MORTGAGE ARRE     1435.56               .00            .00
WEST SUBURBAN MEDICAL CE  UNSECURED          360.07               .00            .00
MICHAEL HOARD             DEBTOR ATTY          .00                               .00
TOM VAUGHN                TRUSTEE                                             37.95
DEBTOR REFUND             REFUND                                             160.00

       Summary of Receipts and Disbursements:
  ------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
  ------------------------------------------------------------------------
TRUSTEE                     710.00

PRIORITY                                                 .00
SECURED                                               512.05
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                   37.95
DEBTOR REFUND                                         160.00
                         ---------------      ---------------
TOTALS                      710.00                    710.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 01/25/08          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE



                           PAGE   2
         CASE NO. 07 B 09883 TINA CORSBY